In the Matter of ANNA KESDAN, Appellant, against CITY OF NEW YORK, Respondent.— Order denying appellant's motion, pursuant to subdivision 5 of section 50-e of the General Municipal Law, for leave to serve a notice of claim after the expiration of the statutory period, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ., concur. [See 274 App. Div. 801.]

In the Matter of ANNA LOMBARDO et al., Respondents, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Appellants.— Order annulling determination of the temporary city housing rent commission, which denied petitioners' application for a certificate of eviction, and directing the issuance of such a certificate, reversed on the law and the facts, without costs, and the petition dismissed, without costs, upon the authority of Matter of Wallach v. Ross (post, p. 1021, decided herewith). Lewis, P. J., Johnston, Adel and Sneed, JJ., concur; Wenzel, J., concurs in result.

In the Matter of ROY T. OLSEN, Respondent, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Appellants.— Order, on reargument, annulling determination of the temporary city housing rent commission, which denied respondent's application for a certificate of eviction, and directing the issuance of such a certificate, reversed on the law and the facts, without costs, and the petition dismissed, without costs, upon the authority of Matter of Wallach v. Ross (post, p. 1021, decided herewith). Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur. [191 Misc. 704.]